TDCJ Offender Details

76,087-02

  

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 03911678 |
| **TDCJ Number:** | 01614317 |
| **Name:** | O"GRADY,SHANE TIMOTHY |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1969-07-25 |
| **Maximum Sentence Date:** | 2039-07-27 |
| **Current Facility:** | DARRINGTON |
| **Projected Release Date:** | 2039-07-27 |
| **Parole Eligibility Date:** | 2024-07-26 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* ***Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1997-07-10 | ROBBERY | 1998-11-04 | BRAZORIA | 33,722 | 3-00-00 |